IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00385-MSK

U.S.A.,

      Plaintiff,

v.

JACQUELINE CHRISTINE WAYNE,

      Defendant.

---

## ORDER TO CURE DEFICIENCY

---

Krieger, Judge

      Defendant submitted a Motion to Proceed In Forma Pauperis on September 23, 2009.

The court has determined that the document is deficient as described in this order.  Defendant

will be directed to cure the following if she wishes to pursue this appeal.

**(A)  Filing Fee**

    ____  is not submitted

**(B)  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**

    ____  is not submitted

    ____  is missing affidavit

    _X_  is missing required financial information

    ____  is missing an original signature by the prisoner

    _X_  is not on proper form (must use the court's current form)

    ____  other _____

Accordingly, it is

**ORDERED** that Defendant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Defendant files in response to this order must include the civil action number and criminal action number on this order.  It is

**FURTHER ORDERED** that the Clerk of the Court mail to Defendant, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

**FURTHER ORDERED** that, if Defendant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED this 25th day of September, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge