UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00385-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JACQUELINE CHRISTINE WAYNE,

       Defendant,

   and

BIO2 MEDICAL,

       Garnishee.

---

## GARNISHEE ORDER

---

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, BIO2 Medical shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

Clerk, U.S. District Court
901 19th Street, Suite A-105
Denver, CO 80294

Please include the following information on each check:

Name of Defendant: Jacqueline C. Wayne

Court Number: 08-CR-000385

DATED this 2nd day of December, 2014, *nunc pro tunc* November 19, 2014.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge